No. 97–5750. KATALINICH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–5751. KNOX v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–5753. BROWN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–5756. DAVIS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–5761. HANSEN v. PITZER, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 97–5763. HOLLOWAY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–5766. ACOSTA ACEVEDA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–5768. MILIAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5775. MORRIS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–5776. CARROLL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5779. JOHNSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–5783. ROUSE ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–5785. BOYCE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 97–5787. TINEO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 97–5793. CLARK v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–5796. BRUNSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.